**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOMMERHALTER, et al., | No.19-9320 (SDW)(SCM) |
| Plaintiffs, | |
| v. | **ORDER** |
| U.S. SMALL BUSINESS ADMINISTRATION, et al., | |
| | July 1, 2019 |
| Defendant. | |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on June 12, 2019 by Magistrate Steven C. Mannion ("Judge Mannion"), recommending that Defendants U.S. Small Business Association and U.S. Department of the Treasury's (collectively, "Defendants") Motion to Dismiss for lack of jurisdiction be granted. Plaintiff objected to the R&R on June 26, 2019 (D.E. 11).

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (Dkt. No. 10) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                              s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Steven C. Mannion, U.S.M.J.